UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LEAH ANN SIMONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:19-CV-41-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 25] are OVERRULED, the conclusions in the M&R [D.E. 24] are ADOPTED, plaintiff's motion for judgment on the pleadings [D.E. 19] is DENIED,'defendant's motion for judgment on the pleadings [D.E. 21] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 27, 2020, and Copies To:**
Jonathan Blair Biser                            (via CM/ECF electronic notification)
Lisa M. Rayo                                    (via CM/ECF electronic notification)

DATE:                                           PETER A. MOORE, JR., CLERK
February 27, 2020                               (By)  /s/ Nicole Sellers
                                                 Deputy Clerk